MINISTER OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Barclay v. Fuller, In Rem*

Case No.  3:11-cv-169  TMB


By:              THE HONORABLE TIMOTHY M. BURGESS


**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

      Having reviewed Magistrate Judge Roberts' Recommendation on Plaintiff's Motions for Preliminary Injunction  (Docket No. 3), Plaintiff's Motion for Summary Judgment (Docket No. 16), Plaintiff's Motion for Oral Argument (Docket 19), Plaintiff's Motion for Hearing (Docket 20); and Defendant's Motion for Summary Judgment (Docket 13) in conjunction with the parties' Responses and the Magistrate's Recommendation, (Docket 34), the Court hereby adopts and accepts the Recommendation in its entirety.  Consequently,  Plaintiff's & Defendant's Motions at Dockets 3, 13, 16, 19 & 20 are DENIED.

      **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: June 14, 2012